IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Arne Dunhem, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 1:19-cv-00529-CMH-JFA |
| Kubota Credit Corporation, U.S.A., ) | |
| ) | |
| Defendant. ) | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i), voluntarily dismisses this action **without prejudice.** No answer or motion for summary judgment has been filed or served.

Donald F. King, Chapter 7 Bankruptcy Trustee for the estate of Arne Dunhem, hereby joins in this Notice of Voluntary Dismissal.

Dated: June 14, 2019.

Respectfully submitted,

/s/ Daniel M. Press
Daniel M. Press, VSB #37123
dpress@chung-press.com
CHUNG & PRESS, P.C.
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
(703) 734-3800
(703) 734-0590 [facsimile]
Counsel for Plaintiff Arne Dunhem

So Ordered
Claude M. Hilton
USDJ
June 17, 2019

/s/Donald F. King___ (by Daniel Press per email
Donald F. King           authorization)
kingtrustee@ofplaw.com
Odin Feldman Pittleman PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
703-218-2100 Fax: 703-218-2160
Chapter 7 Trustee for Estate of Arne Dunhem

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Alfred Dumetz Carry
>McGlinchey Stafford, PLLC
>1275 Pennsylvania Avenue NW, Suite 420
>Washington, DC 20004
>acarry@mcglinchey.com

And I hereby certify that I will mail the document by U.S. mail (and transmit by fax) to the following non-filing users:

>none

>/s/ Daniel M. Press
>Daniel M. Press